# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155777 & (13)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 155777
                                      COA: 336587

LARRY McNEAL STOVALL,
      Defendant-Appellant.
                                      Mason CC: 05-201503-FC

_____/

      On order of the Court, the application for leave to appeal the February 17, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2018



Clerk

s0226